**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| KEON TERRELL ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cv-00037-SNLJ |
| ) | |
| ) | |
| UNKNOWN RODGERS, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on its own motion. On June 22, 2022, the Court granted plaintiff Keon Terrell Allen's motion for leave to proceed in forma pauperis, assessed an initial partial filing fee, and ordered him to file an amended complaint within thirty days. He was advised that his failure to comply would result in the dismissal of this action without prejudice and without further notice.

The Court did not receive an amended complaint from plaintiff. Instead, on July 15, 2022, mail sent to plaintiff was returned as undeliverable. Since a new address could not be verified, the mail was not re-sent.

Local Rule 2.06(B) requires every self-represented party to promptly notify the Clerk of Court of any change in address. The rule further provides that "[i]f any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." E.D. Mo. L.R. 2.06(B).

In this case, thirty days have elapsed since plaintiff's mail was returned as undeliverable. Plaintiff has not provided his new address, nor submitted anything further to the Court. As such, the Court will dismiss this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. *See* E.D. Mo. L.R. 2.06(B). A separate order of dismissal will be entered herewith.

Dated this 16th day of August, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE